Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-341RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| vs. | |
| LEROY WILLIAMS, | |
| Defendant. | |

THE COURT has considered the unopposed motion of defendant Leroy Williams for a continuance of the trial date. Dkt. # 57. The Court finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to ensure adequate time for effective case preparation, taking into account the exercise of due diligence; and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of July 27, 2015, to the new trial date of November 16, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to November 16, 2015, at 9:00 a.m.

ORDER GRANTING UNOPP. MTN
TO CONTINUE TRIAL DATE - 1
(*Leroy Williams*; CR14-341RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

The resulting period of delay from July 27, 2015 to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DONE this 13th day of July, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Kyana Givens*
Attorney for Leroy Williams

ORDER GRANTING UNOPP. MTN
TO CONTINUE TRIAL DATE - 2
(*Leroy Williams*; CR14-341RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**